ORIGINAL

FILED

08/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0363

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0363

IN RE THE MARRIAGE OF:

DIANE KRANTZ,

      Petitioner and Appellee,

and

KEITH KRANTZ,

      Respondent and Appellant.

FILED

AUG 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### O R D E R

Appellant Keith Krantz a/k/a Kieth Krantz moved pursuant to M. R. App. P. 22(2)(a) for relief from an Order of the Twentieth Judicial District Court, Lake County, denying his motion to stay that court's July 20, 2020 Order Modifying Maintenance in Cause No. DR-17-76, until this Court resolves the present appeal. Krantz alleges that if the judgment is not stayed until this appeal is resolved, he will suffer irreparable economic harm even if he ultimately prevails on appeal because he will be forced to make maintenance payments to his ex-wife, Appellee Diane Krantz, which he alleges he cannot afford. Diane objects to Keith's motion for stay, arguing this Court should allow the District Court's denial of stay to stand.

At issue is the District Court's July 20, 2020 Order Modifying Maintenance, in which it ordered Keith to pay Diane monthly maintenance payments because she was no longer receiving equalization payments to which she was entitled under a dissolution decree because Keith had filed for bankruptcy. Keith moved to stay the judgment under M. R. App. P. 22(a). On August 7, 2020, the District Court issued an Order Denying Motion to Stay the Order Modifying Maintenance, and on Related Motions, in which it ordered, in part, that Keith make maintenance payments to Diane in compliance with the court's Order Modifying Maintenance during the pendency of this appeal.

M. R. App. P. 22(2)(a) provides that a motion for relief under this Rule must, among other factors, demonstrate good cause for the relief requested. M. R. App. P. 22(3) allows this Court, in the interests of justice, to grant, modify, or deny the relief requested. Here, we are not convinced that the interests of justice require overturning the decision of the District Court, nor has Keith demonstrated good cause.

Therefore,

IT IS ORDERED that the M. R. App. P. 22(2)(a) motion of Appellant Keith Krantz for relief from the District Court's order is DENIED.

The Clerk is directed to provide copies of this order to all counsel of record.

DATED this 25th day of August, 2020.

_____

_____

_____

_____

_____
Justices